# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ATLANTIC WIND, LLC | : | No. 159 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| ZONING HEARING BOARD OF PENN FOREST TOWNSHIP | : | |
| | : | |
| | : | |
| PETITION OF: FORTY-TWO INTERVENORS | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| ATLANTIC WIND, LLC | : | No. 160 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| PENN FOREST TOWNSHIP ZONING HEARING BOARD | : | |
| | : | |
| | : | |
| PETITION OF: FORTY-TWO INTERVENORS | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| BETHLEHEM AUTHORITY | : | No. 161 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| PENN FOREST TOWNSHIP ZONING HEARING BOARD | : | |
| | : | |
| | : | |
| PETITION OF: FORTY-TWO INTERVENORS | : | |
| | : | |

BETHLEHEM AUTHORITY,                     :    No. 162 MAL 2022
                                         :
                                         :
                                         :
        v.                               :    Petition for Allowance of Appeal
                                         :    from the Order of the
                                         :    Commonwealth Court
                                         :
THE ZONING HEARING BOARD OF              :
PENN FOREST TOWNSHIP                     :
                                         :
                                         :
PETITION OF: FORTY-TWO INTERVENORS :      :
                                         :
                                         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal

is **DENIED**.